FILED 10 AUG '20 11:04 USDC-ORP

UNITED STATES
DISTRICT COURT
FOR OREGON

CORY HOMSTEAD

　　　　V　　　　　　　　　CASE:　　　3:20-cv-01360-IM

SHERIDAN PRISON, ET AL

UNDER THE FEDERAL
TORT CLAIMS ACT

AFTER EXHAUSTING ALL REMEDIES

AVAILABLE TO ME IN THIS PRISON

(SEE ATT#1, 2, 3) I NOW ASK

THIS COURT UNDER A FEDERAL

TORT CLAIMS ACT TO MAKE ME

WHOLE AGAIN AFTER THE NEGLIGENT

TERRIBLE LOSS OF PROPERTY I

②

HAVE SUFFERED.

THIS COURT HAS JURISDICTION UNDER 1346 FOR A CLAIM UNDER THE FEDERAL TORT CLAIM ACT. I ASK FOR A ACTION OF CONVERSION BECAUSE A DEFENDANT WITHOUT AUTHERIZATION DEPRIVED ME OF PROPERTY PERMANENTLY. THIS PROPERTY WAS ABOUT 20 LETTERS AND PICTURES OF MY MOTHERS LAST WORD AS SHE DIED SHORTLY AFTER. THIS PRISON AS DISCRIBED IN AFFIDAVIT #4 HAS LOST THEM.

I HAVE RECIEVED NO DUE

③

PROCESS IN THIS CASE AS THE BOP REFUSES TO RESPOND WITH MY ORIGINAL TORT.

UNDER SECTION 2690(b) OF TITLE 28 THE BOP CAN AWARD UP TO $50,000.00 FOR LOSS OF PROPERTY. I HAVE RECEIVED NO SUCH OFFER OR ANY OFFER.

Facts OF THIS CASE

I WAS SENT TO THE SHU DECEMBER 4 2019. I ASKED FOR MY PROPERTY REPEATEDLY. THE PROPERTY OFFICER IN THE SHU SAID AFTER 2 WEEKS HE COULD NOT FIND MY PROPERTY ANYWHERE. 40 DAYS LATER I GOT OUT

④

OF THE SKY, THE STORY WAS THE SAME AND MY PROPERTY, HOLDING THE LAST WORDS TO ME OF MY MOTHER WHO HAD DIED, WAS NOT FOUND ANYWHERE.

I ATTACH MY AFFIDAVITS #4 AND #5. I ATTACH MY LETTER #6. I ATTACH #7 AS THE TESTIMONY OF THE ACTIONS TAKEN BY THE OFFICER WHO CLEANED OUT MY CELL WHO WAS FIRED FOR DRUGS AND OTHER ONGOING INVESTIGATIONS. I HAVE DONE ALL I CAN AND HAVE ADMINISTRATIVE EXHAUSTION WITHOUT A REPLY.

(5)

I ASK NOW FOR $100,000.00 OR AS MUCH AS THE COURT SEES FIT IN THIS MATTER. I ASK THAT AMOUNT, AS I CAN NEVER GET BACK THE LAST WORDS OF THE MOTHER WHO MEANT SO MUCH TO ME AND I NOW HAVE NOTHING TO REMEMBER HER BY AT ALL.

08/05/20

CORY HOMESTEAD
74715-065
SHERIDAN FDC
PO BOX 6000
SHERIDAN OR
97378



ATT # 1

**U.S. Department of Justice**

**Federal Bureau of Prisons**

_____

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, California 95219*

February 5, 2020

Cory Homestead
# 74715-065
Federal Correctional Institution
PO BOX 5000
Sheridan, OR 97378

RE: Administrative Claim No. TRT-WXR-2020-02826 Received: February 3, 2020

Dear Mr. Homestead,

This is to acknowledge receipt of your Small Claims for Property Damage or Loss submitted or forwarded to this office under the provisions of 31 U.S.C. § 3723.

In accordance with the applicable provisions of the statute, this agency has up to six months from the date received in which to make a final determination of your administrative claim for damages. This time frame began on the date that your claim was received for filing and processing as noted above.

Based on the location of your allegations, the Western Regional Office Consolidated Legal Center will be handling your claim for investigation and response. Please note all future correspondence and change of address should reference the administrative claim number and be directed to:

Dominic Ayotte
Deputy Regional Counsel
Western Regional Office
7338 Shoreline Drive
Stockton, CA 95219

Sincerely,

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

DMW/sg

SST-1320.06J

B -A0943 Small Claims f  Property Damage or Loss   U.S.C. § 3723) CDFRM

NE 10
J.S. DEPARTMENT OF JUSTICE          ATT#2          FEDERAL BUREAU OF PRISONS

| 1. Location where the property loss or damage occurred: | 2. Name, address of claimant(Register number, street, city, state, and zip code): |
|---|---|
| FDC Sheridan unit J-2 Cell 219 | Cory Homestead 74715-065 PO Box 6000 Sheridan OR 97378 |

| 3. Date and Day of Incident: | 4. Time: (A.M. or P.M.): |
|---|---|
| 12-4-19 | 10:45 AM |

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

I was taken to SHU from J-2, I was informed by Inmates Desmond washyton, Dentac Hunt & David Almada they witnessed officer Herrera remove my property & place into 2 large Army Bags. Then 2 weeks later get taken out of unit by officers witness Almada also witnessed him throwing alot of property away in clady envelops & Cantecuso SEE Attached,

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness)):

Desmond washyton, Dentac Hunt, David Almada
All reside at FDC Sheridan PO Box 6000 Sheridan OR 97378

7. Amount of Claim for Damage to, or loss of, privately owned property (in dollars) (Sum Certain Amount - Total Amount Of Claim):

Total amount of Photos 15 no less then $6,000 each    $100,000.00 total
almost 20 letters no less than $10,000 total

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

Western regional office

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 9. Signature of Claimant or Authorized Representative | 10. Date |
|---|---|
| | 1-29-20 |

PDF                              Prescribed by PS 1320

Need Copy 3

ATTA 3

SHE 1330.17b
ATTACHMENT A

## INFORMAL RESOLUTION

NOTICE TO INMATE: You are advised that prior to filing a Request for Administrative Remedy Form (BP-9), you **MUST** attempt to informally resolve your complaint through your Correctional Counselor except for UDC/DHO related concerns.

1.  Cory Homestead      74715-065      J-1      1-31-20
    Inmate Name          Register Number    Unit     Date

2.  **State below Your Specific Complaint:**

    Loss of property - See attached 2 pages

3.  **State What Action You Want Staff to Take to Correct the Situation.**

    I would like all of my property to be returned or the cash value of said items.

4.  **What Efforts Have You Made to Resolve Your Complaint Informally?**

    talked to numerous Lt's and staff including property officers

****************************************************************************

5.  Advice to inmate regarding complaint (include Program Statement number if applicable): You arrived at the FDC with no property.

The property that you claims was lost/destroyed was acquired while you were here. I have attached a tort claim form that you need to file and to the Regional office.

6. Informal Resolution WAS / WAS NOT accomplished (Circle One)

    _____ 2-25-20          _____ 2/19/20
    Correctional Counselor Date       Unit Manager   Date

ATT#4            AFFIDAVIT OF CORRY HOMSTRAD

I had around 200 letters from my mother that just passed away from Cancer on 5-25-19. The most valuable property lost was these letters along with 15 photos that were taken while I was granted a 6 hour furlow to be able to go see my mother in the hospital just before she passed. These photos Can not be replaced not even if Copies Could be printed which unfortally they Can not because they were taken from her cell phone that is no longer available The photos she had printed & on each photo she wrote either words of wisdom, words of advice on life, possitive thoughts about me & my future, things that she thought would put a smile on her face as she watched my life unfold here on earth, short memorys of us as I was a child, And how much she loved me & was going to miss me! These were the most important, meaning full, loved & cherished Items I have ever been blessed with! Now they are gone! I'm at a loss of words! my unit officer Herrera was a super lazy officer that slept all day, did not Care what happend in the unit! So much so that on 12-24-19 he was walked off the Prison for a number of reasons! I belive due to witness telly me he threw a bunch of property away that it was so he did not have to inventory all my Cahteen & look throw my letters so he threw them away" My Photos were in these letters! I recived a small bag of property after 2 months of looking Crossed off Items on list I get that it. Please process this asap so if my property is some where properly officer will look harder thank you

ATT # 5      AFFIDAVIT OF CORY Homestead

①

On 12-04-19 I was sent to SHU from J-2 at FDC Sheridan for possession of a hazardous tool (Cell Phone). After four days I begain asking about my property so I could get my legal work along with hygine, I was informed by property officer Jansen that they had not recived my property from FDC yet. Two weeks later I begain asking for my property, Once again I was told nothing had came over. Officer Jansen told me he would look at FDC as he was working a double in J-2 that night. The following day he (Officer Jansen) informed me he had looked every where at FDC it would be (J-2 office & R & D) and there was no property with my name on it any where. He said "Shit disapears all the time hope it pops up". After 40 days later I was released from SHU and sent



to J-1 at FDC and begain ashing every Leutinit and R&D officer about my property and I got the Same answer every time "we dont know or have your property." Two months later I file a informal resolution with no response within 30 days, so next I file a BP-9 and it was invested ed by a LT. he came in and interviewed my witness David Almada, and I never heard anything else, that went ~~went~~ unanseard. I recied the informal resolution back with a no effort anseun informing me to file a tort claim that they had attacted to their answer. So I filed The tort claim that Same week. 5 days later a LT came to J-1 with a laudry bag Containing my legal work along with a few hygine items. I asked him whee the rest of my property was along with were he had found those

③

few items at? I was told he did not know and I was "lucky he was able to scrounge those few items up".

He told me to file a tort for the rest. It is clear that J-2 unit officer Herrera failed to either secure my cell & property that was within it. I belive officer Herrera did not full fill his sworn duty to BoP & secure my cell & inventery all of my property, load it into bags & send it to R&D per policy. Due to officer Herrera's neglegence I lost the only photos I have with my mother that were taken while I was granted a 6hr furlow to go say good bye to her as she was dieing in the hospital from cancer. There were 15 photo's taken of us which she had printed out & sent to me as a final gift along with a long heart breaky letter. On the back of every photo she filled with words



of wisdom, love, memorys and the things she would like to see me acomplish from heaven. There is no way to duplicate any of that. Officer Herrera has mutible write up's for not doing his job correctly. He comes to work goes into his office and sleeps, he does not care what happens in the unit and his record shows that. So much so hes he was fired for bringing drugs and other contraband into the prison. My witness David Almada was given some of my canteen as did three others and witnessed Officer Herrera throwing away arm loads of papers, envelops & folders all so he did not have to inventory them or I have Attached a statement from David Almada. I believe that Officer Herrera instead of doing his job and inventoring my property gave it out & discarded the rest in the trash so he did not



have to deal with it. After filing tort claim I recived

a letter from BOP regional office informing me they have

up to 6 months to respond and 8-3-20 was the 6 month

date so it to went un answered.

CORY HOMESTEAD
74715-065
SHERIDAN FDC
PO BOX 6000
SHERIDAN OR
97378

ATT # 6

Dominic Ayotte

Hello my name is Cory Homestead # 74715-065
Claim # TRT-WXR-2020-02826. I am writing to provide
you with a writin statment from a in mate that was in J-2 when
I got rolled up ? witnesed my property being discarded as trash. I am
now housed in J-1, MR David Almada was recently moved to J-1
? provided me this statmnt. Ive also inclosed a copy of the Infernal
resolution instucky me to file this tort ? a copy of a property waiver
that was Signed 2 weeks after my arrest and has no barry on this
tort as it was 11 menths before the date my propety was thown
into the trash or gave to other In mates ! I would like to thank you
for your time and have a great week

                    Cory Homestead # 74715-065
                    Cory H

Side Note if you look at commisary recerds you will find I baught cerry
thing I am claiming Thank you

ATT# 7 A

06/14/20

TO: WHOM IT MAY CONCERN

FROM: David Almada   81564-065
　　　　SHERIDAN FDC
　　　　PO BOX 6000
　　　　SHERIDAN OR
　　　　97378

I David Almada SWEAR

UNDER OATH AND PENALTY OF

PERJURY THE FOLLOWING INFORMATION

IS TRUE:

ON OR ABOUT 12/04/19 CORY

HOMESTEAD WENT TO THE SMU FOR

A CELL PHONE, I LIVE IN THE SAME

UNIT NEAR MR. HOMESTEAD AND

I PERSONALLY SAW OFFICER

A# 7B

②

HERRA CLEAR OUT HOMESTEADS CELL, FIRST HE GAVE OUT HIS FOOD. I GOT SOME AS WELL A 2 OTHERS. NEXT HE LOADED ALL HIS LEGAL WORK AND LETTERS INTO GARBAGE BAGS AND THEN OTHER ROOM TRASH ON TOP OF THAT. HE PUT THEM ALL IN THE TRASH AND THE LAUNDRY IN DIRTY LAUNDRY CONTAINERS, I can TELL You AND IT IS ON RECORD THAT OFFICER HERRA WAS FIRED IN LATE DECEMBER FOR SELLING DRUGS AND CELL PHONES

ATT# 7c

③

IN THIS PRISON. HE IS UNDER INVESTIGATION FOR SELLING STERIODS TO OTHER GUARDS. HE DUMPED THE MAIL AND LEGAL WORK OF MR. HOMESTEAD'S IN THE GARBAGE BECAUSE HE WAS THE LAZIEST GUARD IN THIS PRISON, WHO MADE MORE MONEY SELLING DRUGS IN PRISON THAN HE DID WORKING HERE. REAL TRASH!

06/14/20

FILED 10 AUG '20 11:04 USDC-ORP

AFFIDAVIT OF SERVICE

I SWEAR UNDER OATH AND PENALTY OF PERJURY I PUT A COPY ADDRESSED TO WARDEN Salazar IN THE PRISON mail TODAY

08/05/2020

CORY HOMESTEAD
74715-065
SHERIDAN FDC J-1
PO BOX 6000
SHERIDAN OR
97378